**MAGISTRATE JUDGE NEWBERN COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS**

**U.S.A. v.** Nader Wasif _____ **, No.** 3:25-mj-4150 _____

**ATTORNEY FOR GOVERNMENT:** Joe Montminy _____

**ATTORNEY FOR DEFENDANT:** David Fletcher _____ ■ **AFPD** ☐ **Panel** ☐ **Retained**

**PRETRIAL SERVICES/PROBATION OFFICER:** Johnny Franklin _____

**INTERPRETER NEEDED?** ☐ **YES** ■ **NO**   **LANGUAGE/INTERPRETER:** _____
☐ **PRESENT** ☐ **TELEPHONE** ☐ **VIDEO**

☐ **Defendant consents to appear before the Magistrate Judge by video**

■ **INITIAL APPEARANCE**   ☐ **ON A SUMMONS**   ■ **ARRESTED ON:** May 8, 2025 _____
     DEFENDANT HAS A COPY OF:
     ☐ Complaint   ■ Indictment ☐ Information ☐ Supervised Release Pet. ☐ Other: _____
     ■ Defendant advised of the charges & maximum penalties       ■ Defendant advised of right to counsel
     ☐ Defendant provided the financial affidavit       ☐ Counsel retained       ■ FPD Appointed
     ■ Defendant advised of right to silence       ■ Defendant advised of right to Consular Notification
     ■ GOVERNMENT & DEFENDANT advised of Due Process Protections Act of 2020
     ☐ Defendant advised of right to preliminary hearing       ☐ Defendant waived preliminary hearing
     ☐ Government filed motion for detention       ☐ Defendant Waived detention hearing
     ☐ Defendant temporarily detained       ☐ Defendant reserved right to hearing in future
     ☐ Defendant to remain in Federal custody       ☐ Defendant to be returned to state custody
     ☐ Defendant to remain on current conditions of supervised release
     ■ Defendant released on:
          ■ Standard ☐ Special ☐ Appearance Bond: _____   ☐ Property Bond
     ■ RULE 5- Defendant advised of right to identity hearing       ■ Defendant waived identity hearing
     ☐ RULE 5- Defendant reserved right to have preliminary hearing in District of Prosecution
     ☐ RULE 5- Defendant elected to have detention hearing in District of Prosecution

☐ **PRELIMINARY/DETENTION/ARRAIGNMENT CONTINUED TO:** _____
     ☐ Good cause shown to exceed 5 business days

☐ **GRAND JURY WAIVED IN OPEN COURT**       (Waiver of Indictment executed)
☐ **ARRAIGNMENT**
     ☐ Defendant acknowledges receipt of Indictment/Information   ☐ Indictment/Information read to Defendant
     ☐ Defendant waived reading thereof       ☐ Court advised maximum penalties
     **PLEA:** ☐ **GUILTY** ☐ **NOT GUILTY**
     ☐ Misdemeanor- defendant consented to trial before Magistrate Judge

---

**DATE:** May 8, 2025 _____       **TOTAL TIME:** 18 minutes _____
**BEGIN TIME:** 2:02 p.m. _____       **END TIME:** 2:20 p.m. _____
■ **Digitally Recorded** ☐ **Court Reporter:** _____