United States District Court
Middle District of Tennessee
Office of the Clerk
719 Church Street
Nashville, Tennessee 37203
(615) 736-7178, ext 3208

E-Mail: Dalaina_Thompson@tnmd.uscourts.gov
Web Site: www.tnmd.uscourts.gov

May 9, 2025

Clerk of Court
Ohio Northern District Court
Carl B. Stokes United States Court House
801 West Superior Avenue
Cleveland, OH 44113

Re: TRANSMISSION OF RULE 5 DOCUMENTS

USA v. Nader Wasif
Northern District of Ohio Case No. 5:24-CR-93
Middle District of Tennessee Case No. 3:25-mj-4150

Dear Clerk:

Enclosed please find certified copies of Rule 5 paperwork for the above-reference case.

Sincerely,

Dalaina Thompson
Case Administrator

Enclosures